UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Petitioner,                  Misc. No. 15-mc-51048
                                                  Hon. Matthew F. Leitman

v.

JOHN PICCIRILLI, SOLE MEMBER OF
MAGNET CONSTRUCTION GROUP, LLC,

        Respondent.
_____/

### ORDER GRANTING PETITION TO ENFORCE
### INTERNAL REVENUE SERVICE SUMMONS

      Petitioner having applied for an order to enforce an Internal Revenue Service Summons relating to the collection of the tax liabilities of respondent, Magnet Construction Group, LLC, for the Form 941 for the quarterly periods ending December 31, 2012, June 30, 2013, and September 30, 2013; and the petition and order having been personally served upon John Piccirilli, Sole Member of Magnet Construction Group, LLC, on August 14, 2015; this cause having come before the undersigned pursuant to the Order to Show Cause issued July 28, 2015, and due deliberation having been had herein;

      **IT IS HEREBY ORDERED** that the Petition to Enforce Internal Revenue Service Summons is **GRANTED**; and

**IT IS FURTHER ORDERED** that the respondent, John Piccirilli, Sole Member of Magnet Construction Group, LLC, or Nicola Piccirilli, as Power of Attorney for John Piccirilli, shall appear before Revenue Officer Michelle Gray or her designated representative, Tricia Currier, at 10:00 a.m. on October 6, 2015, at 22600 Hall Road, Suite 102, Clinton Twp., Michigan, then and there to be sworn, to give testimony, and to produce for examination and copying the books, records, papers and other data demanded by the summons served upon John Piccirilli, Sole Member of Magnet Construction Group, LLC, on January 23, 2015, the examination to continue from day-to-day until completed.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 15, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 15, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113