UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Petitioner,                                   Misc. No. 15-mc-51048
                                                      Hon. Matthew F. Leitman

v.

JOHN PICCIRILLI, SOLE MEMBER OF
MAGNET CONSTRUCTION GROUP, LLC,

      Respondent.

_____/

## ORDER OF DISMISSAL

Petitioner having advised the Court that respondent, John Piccirilli, Sole Member of Magnet Construction Group, LLC, has substantially complied with the Internal Revenue Service Summons served upon him on January 23, 2015, by providing the Revenue Officer with the information sought in the summons and it wishes to withdraw its Motion to Hold Respondent in Contempt;

**IT IS HEREBY ORDERED** that this case brought against respondent, John Piccirilli, Sole Member of Magnet Construction Group, LLC, by the petitioner is hereby dismissed without prejudice and without costs to either party.

                /s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated:   March 21, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 21, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113